USDC SCAN INDEX SHEET

















SWD    8/24/05    9:07

3:05-CV-01661    COLOR IMAGE APPAREL V. HALL

*1*

*CMP.*

ORIGINAL

Richard P. Sybert, Bar No. 80731
Heidi Eisenhut, Bar No. 205818
GORDON & REES LLP
101 West Broadway, Suite 1600
San Diego, California 92101
telephone (619) 696-6700
fax (619) 696-7124
email: rsybert@gordonrees.com

05 AUG 22 PM 3: 02

BY:_____ DEPUTY

Attorneys for Plaintiff
COLOR IMAGE APPAREL, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'05 CV 1661 IEG (LSP)

| | |
|---|---|
| COLOR IMAGE APPAREL, INC., | CASE NO. |
| Plaintiff, | COMPLAINT FOR: |
| vs. | (1) TRADEMARK INFRINGE-MENT [15 U.S.C. § 1114]; |
| VANESSA HALL, an individual; BELLA BRAZIL, INC., a Florida corporation; and DOES 1 through 10, inclusive, | (2) FALSE DESIGNATION OF ORIGIN [15 U.S.C. § 1125(a)]; |
| Defendants. | (3) FRAUDULENT TRADE-MARK REGISTRATION [18 U.S.C. §1001]; |
| | (4) STATE TRADEMARK INFRINGEMENT [BUS. & PROFS. CODE § 14200]. |
| | DEMAND FOR JURY TRIAL [FRCP 38]. |

Plaintiff COLOR IMAGE APPAREL, INC. ("CLRI" or "Plaintiff") for its

Complaint against Defendants VANESSA HALL ("Hall"), BELLA BRAZIL,

INC. ("Bella Brazil") and DOES 1 through 10, inclusive, (collectively,

"Defendants") allege as follows:

-1-
COMPLAINT FOR TRADEMARK INFRINGEMENT

## THE PARTIES

1.    Plaintiff CLRI is a California corporation and conducts business throughout California, including this District.

2.    On information and belief, Defendant Hall is an individual residing in Florida, but who at the time of the acts complained of herein in whole or substantial part, was a resident of California and of this judicial district.

3.    On information and belief, Bella Brazil, Inc. is a Florida corporation with a principal place of business in Key Biscayne, Florida, but who at the time of the acts complained of herein in whole or substantial part was a California corporation and had a principal place of business in this judicial district.

4.    The true names and capacities, whether individual or otherwise, of Defendants DOES 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues said defendants by such fictitious names.  Plaintiff is informed and believes that each of the DOE defendants is responsible in some manner for the events and happenings alleged below, and that each individually or as a group caused injuries and damages proximately thereby as hereinafter alleged.

5.    Plaintiff is informed and believes, and thereon alleges, that at all times herein mentioned, each of the Defendants was the agent, servant, and employee of each of the remaining Defendants and was at all times acting within the purpose and scope of said agency and employment, with the knowledge and consent or ratification of each of the other Defendants in doing the things herein alleged.

## JURISDICTION AND VENUE

6.    This is an action for injunctive relief and damages for trademark infringement and unfair competition arising under the Lanham Act, 15 U.S.C. § 1051, *et seq.*; and common law.  The Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338(a) and (b), and over the state law claim as supplemental jurisdiction under 28 U.S.C. § 1367(a).

1    7.    Venue is proper, *inter alia,* under 28 U.S.C. § 1391(b) because, on

2  information and belief, a substantial part of the events or omissions giving rise to

3  the claim occurred in this judicial district; specifically without limitation,

4  Defendants' accused conduct began within this judicial district as Bella Brazil,

5  Inc., a California corporation having a place of business at 1649 Chalcedony St.,

6  San Diego, California 92109 until at least 2003.

7    8.    Personal jurisdiction exists over Defendants, and each of them,

8  because, on information and belief, each of them does business in California and in

9  this judicial district, or otherwise avails himself, herself, or itself of the privileges

10  and protections of the laws of the State of California, such that it does not offend

11  traditional notions of fair play and due process to subject said Defendants to

12  jurisdiction herein.

13    **PLAINTIFF'S TRADEMARKS**

14    9.    Plaintiff owns two marks for BELLA, U.S. Registrations Nos.

15  2,668,441 and 2,895,709 (collectively "Marks").  Plaintiff's rights to these marks

16  dates back at least as early as 2000. Plaintiff has continued to use the Marks in

17  connection with clothing.   True copies of electronic confirmation of Plaintiff's

18  ownership of said Marks through the Trademark Electronic Search System (TESS)

19  of the United States Patent and Trademark Office are attached hereto collectively

20  as Exhibit A.

21    10.    Plaintiff's design mark BELLA and Design, is the subject of Federal

22  Registration No. 2,668,441, issued December 31, 2002, for goods in International

23  Class 25, specifically clothing including t-shirts and tops which are used as

24  beachwear and cover-ups.

25    11.    Plaintiff's word mark BELLA, is the subject of Federal Registration

26  No. 2,895,709, issued October 19, 2004, for goods in International Class 25,

27  specifically clothing, including swim suit and swimwear.

28

12.   On information and belief, Plaintiff has had the exclusive right to use its Marks in interstate commerce and Plaintiff's use has been exclusive since it first adopted the Marks, with the limited exception of Defendants' unauthorized use described below.

13.   Plaintiff has widely advertised, promoted and marketed goods under the marks BELLA and Design, and BELLA.  Because of these efforts, and because of its Marks, customers and potential customers have come to associate the Marks with Plaintiff.  Plaintiff has thus developed extensive goodwill in connection with its Marks.

## DEFENDANTS' WRONGFUL ACTS

14.   On information and belief, on August 30, 2003, Defendant Bella Brazil filed a federal trademark registration application to register "BELLA BRAZIL" for goods in International Class 25.

15.   On information and belief, Defendants' use of BELLA BRAZIL, began after Plaintiff's adoption and use of Plaintiff's Marks, and without Plaintiff's authorization, permission or consent.

16.   On information and belief, Defendants knew of Plaintiff's prior use and ownership of the Marks, and Defendants intentionally applied for federal registration of the mark BELLA BRAZIL to interfere with and capitalize on Plaintiff's prior use and ownership.

17.   On information and belief, Defendants have purposefully used Plaintiff's  marks to confuse the public into believing their products were or are endorsed by or connected to Plaintiff, and/or to misappropriate Plaintiff's BELLA Marks.

18.   Defendants' use of the BELLA BRAZIL mark in connection with their goods is confusingly similar to Plaintiff's BELLA and Design and BELLA Marks.

//

COMPLAINT FOR TRADEMARK INFRINGEMENT

## **INJURY TO PLAINTIFF**

19.     Defendants' use of the mark BELLA BRAZIL in selling and advertising their products is likely to cause confusion among consumers as to the affiliation, connection, association, origin, sponsorship or approval of the goods and/or services.

20.     Defendants' use of the BELLA BRAZIL mark has injured Plaintiff, and if such use is permitted to continue, it will continue to injure Plaintiff by damaging its reputation, and causing Plaintiff to suffer monetary damages. Defendants' actions are likely to continue to cause confusion, mistake, and deception as to the source and origin of Defendants products and falsely suggest a sponsorship, connection, license, affiliation or association between Plaintiff and Defendants.

21.     Plaintiff is being irreparably harmed through Defendants' acts by reason of Defendants' sales and advertisements of products that are not endorsed by, associated or connected with Plaintiff.  Plaintiff will continue to be so harmed unless Defendants are stopped by injunctive relief.

22.     In or around January 2005, Plaintiff contacted Defendants numerous times by phone and written letters in an attempt to resolve Defendants' unauthorized use of Plaintiff's registered trademarks, but Defendants have refused, reinforcing the intentional nature of their infringements.

## **FIRST CLAIM FOR RELIEF**

### **(Federal Trademark Infringement)**

### **(15 U.S.C. § 1114)**

23.     Plaintiff repeats and realleges every allegation set forth in Paragraphs 1 through 22.

24.     Defendants' continued and knowing use of the mark BELLA BRAZIL constitutes intentional infringement of Plaintiff's federally registered trademarks in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

## SECOND CLAIM FOR RELIEF

### (False Designation of Origin and Unfair Competition)

### (15 U.S.C. § 1125(a))

25.   Plaintiff repeats and realleges every allegation set forth in Paragraphs 1 through 24.

26.   Defendants' continued and knowing use of the mark BELLA BRAZIL constitutes false designation of origin and willful infringement of Plaintiff's Marks and unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

## THIRD CLAIM FOR RELIEF

### (Fraudulent Application to seek Federal Trademark Registration under 18 U.S.C. §1001)

27.   Plaintiff repeats and realleges every allegation set forth in Paragraphs 1 through 26.

28.   Plaintiff is informed and believes, and on that basis alleges, Defendants have filed the Trademark Application for the mark BELLA BRAZIL, Serial Number 78/294,436 on August 30, 2004 by false or fraudulent declaration or representation in writing.

29.  Specifically, Defendants fraudulently declared in its application for federal registration of the BELLA BRAZIL mark that:

> **he/she believes the applicant to be the owner of the trademark/ service mark sought to be registered,** or, if the application is being filed under 15 U.S.C. §1051(b), he/she believes applicant to be entitled to use such mark in commerce; **to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce.**  [emphasis added]

30.   Plaintiff has been irreparably harmed and damaged in an amount to be ascertained by the fraudulent application by Defendants to register BELLA BRAZIL.

## FOURTH CLAIM FOR RELIEF

### (State Trademark Infringement under Cal. Bus. & Prof. Code § 14200 *et seq.*, and California Common Law)

31.    Plaintiff repeats and realleges every allegation set forth in Paragraphs 1 through 30.

32.    Defendants' conduct alleged herein constitutes willful infringement of a trademark in violation of Cal. Bus. & Prof. Code §14200 *et seq.*, and California common law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment in its favor, and against Defendants, as follows:

(a) An Order preliminarily and permanently enjoining Defendants and their servants, employees, successors, licensees, transferees, representatives and/or assignees, and any persons in active concert or participation with them, from manufacturing, using, selling, offering to sell, importing for sale, advertising, displaying, or using any goods and/or services containing the mark BELLA BRAZIL, any derivative thereof, or any mark likely to cause confusion, mistake, and deception, or to misappropriate Plaintiff's intellectual property, and from other acts of unfair competition;

(b)    An Order directing destruction of Defendants' current advertising, promotional materials, and inventory of infringing products that bear the infringing BELLA BRAZIL mark and/or any mark that is confusingly similar to Plaintiff's Marks, pursuant to 15 U.S.C. § 1118, Cal. Bus. & Prof. Code § 14340 and other applicable laws;

(c)    Monetary relief, including disgorgement of three times Defendants' wrongful profits, reimbursement for the costs of this action, and civil penalties pursuant to 15 U.S.C. § 1117, Cal. Bus. & Prof. Code § 14340, and all applicable laws;

COMPLAINT FOR TRADEMARK INFRINGEMENT

1  (e) Treble damages pursuant to 15 U.S.C. § 1117, Cal. Bus. & Prof. Code

2 § 14340, and other applicable laws;

3  (f) Attorney's fees pursuant to 15 U.S.C. § 1117, and other applicable

4 laws; and

5  (g) Costs;

6  (h) Such other relief as the Court may deem just and proper.

7

8 Dated: August \_\_\_, 2005     GORDON & REES LLP

9

10         by _____

11          Richard Sybert
           Attorneys For Plaintiff

12          COLOR IMAGE APPAREL, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR TRADEMARK INFRINGEMENT

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff hereby demands a trial by jury on all matters herein so triable.


Dated:  August __/__, 2005                    GORDON & REES LLP


by _____
Richard Sybert
Attorneys For Plaintiff
COLOR IMAGE APPAREL, INC.

COMPLAINT FOR TRADEMARK INFRINGEMENT

CLRI\1009850\282541.1



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

## Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Jul 30 04:17:49 EDT 2005*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSER DICT | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | BELLA |
| **Goods and Services** | IC 025. US 022 039. G & S: Garments, namely cotton T-shirts and Tops. FIRST USE: 20000101. FIRST USE IN COMMERCE: 20000101 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 76308113 |
| **Filing Date** | September 4, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 8, 2002 |
| **Registration Number** | 2668441 |
| **Registration Date** | December 31, 2002 |
| **Owner** | (REGISTRANT) Color Image Apparel, Inc. CORPORATION CALIFORNIA 601 Walsh Avenue Santa Clara CALIFORNIA 95050 |
| **Attorney of Record** | Gordon I. Endow |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSER DICT | TOP | HELP |

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2005-08-01 17:44:23 ET

**Serial Number:** 76308113

**Registration Number:** 2668441

**Mark**



**(words only):** BELLA

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2002-12-31

**Filing Date:** 2001-09-04

**Transformed into a National Application:** No

**Registration Date:** 2002-12-31

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-02-14

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Color Image Apparel, Inc.

**Address:**
Color Image Apparel, Inc.
601 Walsh Avenue

Santa Clara, CA 95050
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

---

## GOODS AND/OR SERVICES

---

**International Class:** 025
Garments, namely cotton T-shirts and Tops
**First Use Date:** 2000-01-01
**First Use in Commerce Date:** 2000-01-01

**Basis:** 1(a)

---

## ADDITIONAL INFORMATION

---

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

---

**USPTO Reference Number:** A0002114
**International Registration Number:** (NOT AVAILABLE)
**International Registration Date:** (DATE NOT AVAILABLE)
**Original Filing Date with USPTO:** 2005-07-27
**International Registration Status:** Application For International Registration Manually Certified
**Date of International Registration Status:** 2005-07-27
**International Registration Renewal Date:** (DATE NOT AVAILABLE)
**Irregularity Reply by Date:** (DATE NOT AVAILABLE)

**Madrid History:**
07-28-2005 - 16:00:25 - IR Certified And Sent To IB
07-27-2005 - 17:22:10 - Manually Certified
07-27-2005 - 13:21:14 - New Application For IR Received

---

## PROSECUTION HISTORY

---

2002-12-31 - Registered - Principal Register

2002-10-08 - Published for opposition

2002-09-18 - Notice of publication

2002-07-23 - Approved for Pub - Principal Register (Initial exam)

2002-06-12 - Communication received from applicant

2002-06-17 - Letter of suspension mailed

2002-06-04 - Communication received from applicant

2002-05-21 - Communication received from applicant

2002-05-21 - PAPER RECEIVED

2001-11-20 - Non-final action mailed

2001-11-09 - Case file assigned to examining attorney

2001-11-09 - Case file assigned to examining attorney

2001-11-01 - Case file assigned to examining attorney

## CORRESPONDENCE INFORMATION

**Correspondent**
Gordon I. Endow (Attorney of record)

GORDON I. ENDOW
GORDON REES, LLP
EMBARCADERO CENTER WEST
275 BATTERY ST, STE 2000
SAN FRANCISCO, CA 94111
**Phone Number:** (408) 395-3837
**Fax Number:** (408) 354-8040

Trademark Electronic Search System (TESS)



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

Trademarks > Trademark Electronic Search System (TESS)

## Trademark Electronic Search System(Tess)
*TESS was last updated on Sat Jul 30 04:17:49 EDT 2005*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | BELLA |
| **Translations** | The English translation of "BELLA" is "beautiful". |
| **Goods and Services** | IC 025. US 022 039. G & S: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY JEANS, DRESSES, SKIRTS, MINISKIRTS, SHORTS, PANTS, SLACKS, TROUSERS, SUITS, PANTSUITS, JACKETS, SWEATERS, CARDIGANS, PULLOVERS, COATS, SPORT COATS, BLOUSES, VESTS, BLAZERS, OVERALLS, SWEATSHIRTS, SWEATPANTS, SWEATSHORTS, SWEATSUITS, SHIRTS, POLO SHIRTS, KNIT SHIRTS, SPORT SHIRTS, TEE-SHIRTS, COTTON SHIRTS, TOPS, TANK-TOPS, HALTER TOPS, KNIT TOPS, WOVEN TOPS, BODYSUITS, CAMISOLES, PAJAMAS, JUMPSUITS, SWIM SUITS, SWIMWEAR, SOCKS, GLOVES; CLOTHING ACCESSORIES NAMELY BELTS, SCARVES, HATS, CAPS AND VISORS; FOOTWEAR, NAMELY LOAFERS, ESPADRILLES, SANDALS, THONGS, MULES, PUMPS, ATHLETIC SHOES, SLIPPERS, BOOTS, BEACH FOOTWEAR. FIRST USE: 20000101. FIRST USE IN COMMERCE: 20000101 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78306447 |
| **Filing Date** | September 28, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 27, 2004 |
| **Registration Number** | 2895709 |
| **Registration Date** | October 19, 2004 |
| **Owner** | (REGISTRANT) Color Image Apparel, Inc. CORPORATION CALIFORNIA 6670 Flotilla Street Commerce CALIFORNIA 90040 |
| **Attorney of Record** | Richard P. Sybert |
| **Prior Registrations** | 2668441 |

| | |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

**TESS HOME**   **NEW USER**   **STRUCTURED**   **FREE FORM**   **BROWSE DICT**   **TOP**   **HELP**

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2005-08-01 17:45:02 ET

**Serial Number:** 78306447

**Registration Number:** 2895709

**Mark (words only):** BELLA

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2004-10-19

**Filing Date:** 2003-09-28

**Transformed into a National Application:** No

**Registration Date:** 2004-10-19

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 105

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2004-10-19

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Color Image Apparel, Inc.

**Address:**
Color Image Apparel, Inc.
6670 Flotilla Street
Commerce, CA 90040
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California
**Phone Number:** (323) 727-2005
**Fax Number:** (323) 727-2040

---

## GOODS AND/OR SERVICES

**International Class:** 025
MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY JEANS, DRESSES, SKIRTS, MINISKIRTS, SHORTS, PANTS, SLACKS, TROUSERS, SUITS, PANTSUITS, JACKETS, SWEATERS, CARDIGANS, PULLOVERS, COATS, SPORT COATS, BLOUSES, VESTS, BLAZERS, OVERALLS, SWEATSHIRTS, SWEATPANTS, SWEATSHORTS, SWEATSUITS, SHIRTS, POLO SHIRTS, KNIT SHIRTS, SPORT SHIRTS, TEE-SHIRTS, COTTON SHIRTS, TOPS, TANK-TOPS, HALTER TOPS, KNIT TOPS, WOVEN TOPS, BODYSUITS, CAMISOLES, PAJAMAS, JUMPSUITS, SWIM SUITS, SWIMWEAR, SOCKS, GLOVES; CLOTHING ACCESSORIES NAMELY BELTS, SCARVES, HATS, CAPS AND VISORS; FOOTWEAR, NAMELY LOAFERS, ESPADRILLES, SANDALS, THONGS, MULES, PUMPS, ATHLETIC SHOES, SLIPPERS, BOOTS, BEACH FOOTWEAR
**First Use Date:** 2000-01-01
**First Use in Commerce Date:** 2000-01-01

**Basis:** 1(a)

---

## ADDITIONAL INFORMATION

**Translation:** The English translation of "BELLA" is "beautiful".

**Prior Registration Number(s):**
2668441

---

## MADRID PROTOCOL INFORMATION

**USPTO Reference Number:** A0002115
**International Registration Number:** (NOT AVAILABLE)
**International Registration Date:** (DATE NOT AVAILABLE)
**Original Filing Date with USPTO:** 2005-07-27
**International Registration Status:** Application For Intl Registration Automatically Certified
**Date of International Registration Status:** 2005-07-27
**International Registration Renewal Date:** (DATE NOT AVAILABLE)
**Irregularity Reply by Date:** (DATE NOT AVAILABLE)

**Madrid History:**
07-27-2005 - 16:00:28 - IR Certified And Sent To IB
07-27-2005 - 13:36:36 - New Application For IR Received
07-27-2005 - 13:36:36 - Automatically Certified

---

## PROSECUTION HISTORY

2004-10-19 - Registered - Principal Register

2004-07-27 - Published for opposition

2004-07-07 - Notice of publication

2004-05-07 - Approved for Pub - Principal Register (Initial exam)

2004-02-11 - Communication received from applicant

2004-05-03 - EXAMINERS AMENDMENT E-MAILED

2004-05-01 - Non-final action e-mailed

2004-04-18 - Case file assigned to examining attorney

2004-02-11 - TEAS Preliminary Amendment Received

2003-10-20 - TEAS Preliminary Amendment Received

---

### CORRESPONDENCE INFORMATION

---

**Correspondent**
Richard P. Sybert (Attorney of record)

Richard P. Sybert
GORDON & REES LLP
Suite 1600
101 West Broadway
San Diego, CA 92101
**Phone Number:** (619) 230-7768
**Fax Number:** (619) 696-7124

---

AO 120 (Rev.3/04)

| TO:          Mail Stop 8<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290  and/or 15 U.S.C. § 1116 you are hereby advised
that a court action has been filed in the U.S. District Court San Diego on the following Patents or Trademarks:

| DOCKET NO.<br><br>2,668,441 | DATE FILED<br><br>08/22/05 | U.S. DISTRICT COURT<br><br>United States District Court, Southern District of California | | |
|---|---|---|---|---|
| PLAINTIFF<br><br>Color Image Apparel Inc | | DEFENDANT<br><br>Vanessa Hall | | |
| **PATENT OR<br>TRADEMARK NO.** | **DATE OF PATENT<br>OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** | | |
| 1 2,668,441 | 12/31/02 | Color Image Apparel Inc | | |
| 2 2,895,709 | 10/19/04 | Color Image Apparel Inc | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading | | |
|---|---|---|---|
| **PATENT OR<br>TRADEMARK NO.** | **DATE OF PATENT<br>OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT | | |
|---|---|---|
| | | |
| CLERK | (BY) DEPUTY CLERK | DATE |

Copy 1 - Upon initiation of action, mail this copy to Director
Copy 2 - Upon filing document adding patent(s), mail this copy to Director

Copy 3 - Upon termination of action, mail this copy to Director
Copy 4 - Case file copy

JS44
(Rev. 07/89)

**CIVIL COVER SHEET**

sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| COLOR IMAGE APPAREL, INC. | VANESSA HALL, an individual BELLA BRAZIL, INC., a Florida corporation and DOES 1 through 10, inclusive, |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

DEPUTY

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Richard P. Sybert          (619) 696-6700
GORDON & REES LLP
101 West Broadway, Ste. 1600
San Diego, CA 92101

ATTORNEYS (IF KNOWN)

'05 CV 1664 IEG     (LSP)

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

- 1 U.S. Government Plaintiff
- X 3 Federal Question (U.S. Government Not a Party)
- 2 U.S. Government Defendant
- 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES** (1) TRADEMARK INFRINGE-MENT [15 U.S.C. § 1114]; (2) FALSE DESIGNATION OF ORIGIN [15 U.S.C. § 1125(a)]; (3) FRAUDULENT TRADE-MARK REGISTRATION [18 U.S.C. §1001]; (4) STATE TRADEMARK INFRINGEMENT [BUS. & PROFS. CODE § 14200]

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | **PERSONAL INJURY** | **PERSONAL INJURY** | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 110 Insurance | | | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 120 Marine | 310 Airplane | 362 Personal Injury- Medical Malpractice | 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | 430 Banks and Banking |
| 130 Miller Act | 315 Airplane Product Liability | 365 Personal Injury - Product Liability | 630 Liquor Laws | 820 Copyrights | 450 Commerce/ICC Rates/etc. |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | 640 RR & Truck | 830 Patent | 460 Deportation |
| 150 Recovery of Overpayment &Enforcement of Judgment | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | 650 Airline Regs | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| 151 Medicare Act | 340 Marine | **PERSONAL PROPERTY** | 660 Occupational Safety/Health | **SOCIAL SECURITY** | 810 Selective Service |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | 370 Other Fraud | 690 Other | 861 HIA (1395ff) | 850 Securities/Commodities Exchange |
| 153Recovery of Overpayment of Veterans Benefits | 350 Motor Vehicle | 371 Truth in Lending | **LABOR** | 862 Black Lung (923) | 875 Customer Challenge 12 USC |
| 160 Stockholders Suits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | 710Fair Labor Standards Act | 863 DIWC/DIWW (405(g)) | 891 Agricultural Acts |
| 190 Other Contract | 360 Other Personal Injury | 385 Property Damage Product Liability | 720 Labor/Mgmt. Relations | 864 SSID Title XVI | 892 Economic Stabilization Act |
| 195 Contract Product Liability | | | 730 Labor/Mgmt. Reporting & Disclosure Act | 865 RSI (405(g)) | 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 740 Railway Labor Act | **FEDERAL TAX SUITS** | 894 Energy Allocation Act |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence Habeas Corpus | 790 Other Labor Litigation | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 220 Foreclosure | 442 Employment | | 791 Empl. Ret. Inc. | 871 IRS - Third Party 26 USC 7609 | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations | 530 General | Security Act | | 950 Constitutionality of State |
| 240 Tort to Land | 444 Welfare | 535 Death Penalty | | | 890 Other Statutory Actions |
| 245 Tort Product Liability | 440 Other Civil Rights | 540 Mandamus & Other | | | |
| 290 All Other Real Property | | 550 Civil Rights | | | |
| | | 555 Prisoner Conditions | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

- X 1 Original Proceeding
- 2 Removal from State Court
- 3 Remanded from Appellate Court
- 4 Reinstated or Reopened
- 5 Transferred from another district (specify)
- 6 Multidistrict Litigation
- 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**
- CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: YES   NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**     JUDGE _____     Docket Number _____

DATE 8/17/05

SIGNATURE OF ATTORNEY OF RECORD

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

# 116506  $250.00

