FILED

06 SEP 13 PM 2:16

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1  Richard P. Sybert, Bar No. 80731
   Maha Sarah, Bar No. 218981
2  GORDON & REES LLP
   101 West Broadway, Suite 1600
3  San Diego, California 92101
   tel (619) 696-6700
4  fax (619) 696-7124
   email msarah@gordonrees.com
5
   Attorneys for Plaintiff
6  COLOR IMAGE APPAREL, INC.

7

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10 COLOR IMAGE APPAREL, INC.,            ) CASE NO. 05CV1661IEG (LSP)
                                         )
11                Plaintiff,             )            BY FAX
                                         )
12        vs.                            )
                                         )
13 VANESSA HALL, an individual; BELLA    ) STIPULATION OF DISMISSAL
   BRAZIL, INC. et al., Florida          ) AND ORDER
14 corporation; and DOES 1 through 10,   )
   inclusive,                            )
15                                       )
                  Defendants.            )
16 _____)
   BELLA BRAZIL, INC., a Florida         )
17 corporation,                          )
                                         )
                  Counter-Claimant,      )
18                                       )
                                         )
19        vs.                            )
                                         )
20 COLOR IMAGE APPAREL, INC.,            )
                                         )
21                Counter-Defendant,     )
                                         )
22                                       )
                                         )
23 _____)

24     Having reached a full settlement of this matter, the parties hereto request, pursuant to

25 Fed. R.Civ. P. 41 (a)(1)(ii), that the Court dismiss this entire case, with prejudice, as follows:

26     Plaintiff and Counterdefendant COLOR IMAGE APPAREL, INC. hereby dismisses its

27 claims against Defendants and Counterclaimants VANESSA HALL and BELLA BRAZIL,

28 INC.

                                         1
STIPULATION OF DISMISSAL                                              05CV1661IEG (LSP)

1  Defendant and Counterclaimant BELLA BRAZIL, INC. hereby dismisses its claims
2  against Plaintiff and Counterdefendant COLOR IMAGE APPAREL, INC.

4  IT IS SO STIPULATED.

6  Dated: September 11, 2006

GORDON & REES LLP

by _____
Richard P. Sybert
Maha Sarah
Attorneys For
Plaintiff/Counterdefendant
COLOR IMAGE APPAREL, INC.

12  Dated: September 11, 2006

AVATAR LEGAL

by _____
Cindy Jones
Attorney For
Defendants/Counteclaimants
VANESSA HALL & BELLA BRAZIL, INC.

IT IS SO ORDERED
DATED 9/12/06

_____
UNITED STATES DISTRICT JUDGE

Gordon & Rees LLP
101 West Broadway, Suite 1600
San Diego, CA 92101

| UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF CALIFORNIA | COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br>RICHARD P. SYBERT (SBN: 80731)          Tel: (619) 696-6700<br>MAHA SARAH (SBN: 218981)              Fax: (619) 696-7124<br>GORDON & REES LLP<br>101 West Broadway, Suite 1600<br>San Diego, California 92101 | |
| SHORT CASE TITLE<br>COLOR IMAGE APPAREL, INC. v. VANESSA HALL, et al. | JUDGE: HON. LEO S. PAPAS<br>DEPT: G |
| Attorneys for Plaintiff COLOR IMAGE APPAREL, INC. | Case No. 05CV1661IEG (LSP) |

## PROOF OF SERVICE

I, the undersigned, say: I am over 18 years of age, employed in the County of San Diego, California, in which the within-mentioned service occurred; and that I am not a party to the subject cause. My business address is 101 West Broadway, Suite 1600, San Diego, California 92101.

On September 11, 2006, I served the following document(s)

1.      **STIPULATION TO DISMISSAL**

by placing a copy thereof in a separate envelope for each addressee named hereafter and addressed as follows:

Cynthia M. Jones
AVATAR LEGAL
12626 High Bluff Drive, STE 360
San Diego, CA 92130
Tel: (858) 793-9800
Fax: (858) 792-9801
**Attorneys for Defendants**
**BELLA BRAZIL, INC. and VANESSA HALL**

**BY FACSIMILE, [Fed. Rule Civ. Proc. Rule 5(b)]** by sending a true copy from Gordon & Rees LLP's facsimile transmission telephone number (619) 696-7124 to the fax number(s) set forth below, or as stated on the attached service list. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine. I am readily familiar with the firm's practice for sending facsimile transmissions, and know that in the ordinary course of Gordon & Rees LLP's business practice the document(s) described above will be transmitted by facsimile on the same date that it (they) is (are) placed at Gordon & Rees LLP for transmission.

[✓]   **BY U.S. MAIL [Fed. Rule Civ. Proc. Rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Diego, addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal

cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

**BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. Rule 5(b)]** by electronically mailing a true and correct copy through Gordon & Rees LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

**BY PERSONAL SERVICE.** I caused to be hand-delivered said document(s) to the addressee pursuant to Code of Civil Procedure §1011 at 101 West Broadway, Ste. 1600, San Diego, CA 92101.

**BY OVERNIGHT DELIVERY: FEDERAL EXPRESS** by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by FedEx as part of the ordinary business practices of Gordon & Rees LLP described below, addressed and addressed to the above party(ies).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 11, 2006

*Maria Gonzalez*
Maria Gonzalez

CLRJ/1035226/303402v.1