Richard P. Sybert, Bar No. 80731
Maha Sarah, Bar No. 218981
GORDON & REES LLP
101 West Broadway, Suite 1600
San Diego, California 92101
tel (619) 696-6700
fax (619) 696-7124
email msarah@gordonrees.com

Attorneys for Plaintiff
COLOR IMAGE APPAREL, INC.

FILED
06 SEP 13 PM 2:16
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLOR IMAGE APPAREL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> VANESSA HALL, an individual; BELLA BRAZIL, INC. et al., Florida corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. <br><br> BELLA BRAZIL, INC., a Florida corporation, <br><br> Counter-Claimant, <br><br> vs. <br><br> COLOR IMAGE APPAREL, INC., <br><br> Counter-Defendant, | CASE NO. 05CV1661IEG (LSP) <br><br> BY FAX <br><br> STIPULATION OF DISMISSAL AND ORDER |

Having reached a full settlement of this matter, the parties hereto request, pursuant to Fed. R.Civ. P. 41 (a)(1)(ii), that the Court dismiss this entire case, with prejudice, as follows:

Plaintiff and Counterdefendant COLOR IMAGE APPAREL, INC. hereby dismisses its claims against Defendants and Counterclaimants VANESSA HALL and BELLA BRAZIL, INC.

1

STIPULATION OF DISMISSAL                                             05CV1661IEG (LSP)

1  Defendant and Counterclaimant BELLA BRAZIL, INC. hereby dismisses its claims
2  against Plaintiff and Counterdefendant COLOR IMAGE APPAREL, INC.

4  IT IS SO STIPULATED.

6  Dated: September 11, 2006        GORDON & REES LLP

8                                   by _____
9                                      Richard P. Sybert
                                        Maha Sarah
                                        Attorneys For
10                                      Plaintiff/Counterdefendant
                                        COLOR IMAGE APPAREL, INC.

12  Dated: September 11, 2006        AVATAR LEGAL

14                                   by _____
15                                      Cindy Jones
                                        Attorney For
16                                      Defendants/Counteclaimants
                                        VANESSA HALL & BELLA
17                                      BRAZIL, INC.


IT IS SO ORDERED
DATED  9/12/06
_____
UNITED STATES DISTRICT JUDGE

Gordon & Rees LLP
101 West Broadway, Suite 1600
San Diego, CA 92101

| UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF CALIFORNIA | COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br>RICHARD P. SYBERT (SBN: 80731)   Tel: (619) 696-6700<br>MAHA SARAH (SBN: 218981)   Fax: (619) 696-7124<br>GORDON & REES LLP<br>101 West Broadway, Suite 1600<br>San Diego, California 92101 | |
| SHORT CASE TITLE<br>COLOR IMAGE APPAREL, INC. v. VANESSA HALL, et al. | JUDGE: HON. LEO S. PAPAS<br>DEPT: G |
| Attorneys for Plaintiff COLOR IMAGE APPAREL, INC. | Case No. 05CV1661IEG (LSP) |

## PROOF OF SERVICE

I, the undersigned, say: I am over 18 years of age, employed in the County of San Diego, California, in which the within-mentioned service occurred; and that I am not a party to the subject cause. My business address is 101 West Broadway, Suite 1600, San Diego, California 92101.

On September 11, 2006, I served the following document(s)

1.   **STIPULATION TO DISMISSAL**

by placing a copy thereof in a separate envelope for each addressee named hereafter and addressed as follows:

> Cynthia M. Jones
> AVATAR LEGAL
> 12626 High Bluff Drive, STE 360
> San Diego, CA 92130
> Tel: (858) 793-9800
> Fax: (858) 792-9801
> **Attorneys for Defendants**
> **BELLA BRAZIL, INC. and VANESSA HALL**

**BY FACSIMILE, [Fed. Rule Civ. Proc. Rule 5(b)]** by sending a true copy from Gordon & Rees LLP's facsimile transmission telephone number (619) 696-7124 to the fax number(s) set forth below, or as stated on the attached service list. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine. I am readily familiar with the firm's practice for sending facsimile transmissions, and know that in the ordinary course of Gordon & Rees LLP's business practice the document(s) described above will be transmitted by facsimile on the same date that it (they) is (are) placed at Gordon & Rees LLP for transmission.

☑ **BY U.S. MAIL [Fed. Rule Civ. Proc. Rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Diego, addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal

cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

**BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. Rule 5(b)]** by electronically mailing a true and correct copy through Gordon & Rees LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

**BY PERSONAL SERVICE.** I caused to be hand-delivered said document(s) to the addressee pursuant to Code of Civil Procedure §1011 at 101 West Broadway, Ste. 1600, San Diego, CA 92101.

**BY OVERNIGHT DELIVERY: FEDERAL EXPRESS** by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by FedEx as part of the ordinary business practices of Gordon & Rees LLP described below, addressed and addressed to the above party(ies).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 11, 2006

*Maria Gonzalez*
Maria Gonzalez

CLRJ/1035226/303402v.1